FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983
## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

(Last Name) **Haynes**   (Identification Number) **2017060339**
(First Name) **William**   (Middle Name) **Darren**
(Institution) **Rankin County Jail**
(Address) **221 N. Timber Street Brandon, MS. 39042**
(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT -8 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

V.

**Cody Hamilton**

CIVIL ACTION NUMBER: **3:19cv717-HTW-LRA**
(to be completed by the Court)

(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes ( )   No (X)

B. Are you presently incarcerated?
Yes (X)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( )   No (X)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( )   No (X)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No (X)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes (X)   No ( )

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: William D. Haynes   Prisoner Number: 2017 060339

Address: 221 N. Timber Street Brandon, Mississippi 39042

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Cody Hamilton   is employed as Police Officer

at Richland Police Dept. Richland MS.

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: William D. Haynes   ADDRESS: 221 N. Timber Street Brandon, MS. 39042
William D. Haynes   463 West Church St. Houston MS. 38851

DEFENDANT(S):

NAME: Cody Hamilton   ADDRESS: Richland Police Dept. Richland MS.
911 Town Square
Richland, MS. 39218

## OTHER LAWSUITS FILED BY PLAINTIFF

### NOTICE AND WARNING

The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (X)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

CASE NUMBER 2.

1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

On or about the 24th day of January, 2018 I, William Haynes was at Walmart, in Richland, MS. attempting to shoplift at said store. I left the store with unpaid merchandise got in my car to leave the premises when I noticed a police car coming across the parking lot in my direction. I did not stop I proceded unto Hwy 49 north and the Police came behind me, he later turned the blue lights on I panicked and speeded up.

**RELIEF** (Turn over on the back)

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I would like for Officer Cody Hamilton to be fired from the Police force. I would like to be awarded $500,000 in for pain and suffering and violating my civil rights

Signed this 26th day of September, 20 19.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

William D. Haynes
Signature of plaintiff

Page 4 of 4

Continued on the Back of page

that lead to a high speed chase down Hwy 49 from Richland Ms. to Hwy 80 into Jackson MS. which the officers chased me into another Jurisdiction. I then turned unto Galiton into the Washington distr division into a wooded area got out my car afraid for my life from the aggresion of the chase from the police officers, ran behind a abandoned house and laid in the grass beside a fence. Minutes passed I heard a lot of officers walking around the area after a minutes the officers brought in the canine K-9 Police Dogs. There was 2 dogs one of the dogs could not find me so they put him away and brought out another K-9 later find out his name was (Rico). The K-9 dog came across me laying beside a fence and by command the K-9 dog attacked me and severly mauled and chewed my inner thigh on my right leg, biting so deep that his teeth punctuered my veins causes a lot of blood to flow real fast. The K-9 Officer (Ody Hamilton from the Richland Police Dept. pulled the K-9 dog off of me. When officer Cody Hamilton and the Rest of police officers came to where I was laying, they were aggressive, the officers started kicking me and they asked me why did I run. Cody Hamilton was the K-9 dog handler he gave the K-9 the order to attack me.

continued on next page
continued on back of form

I told the officers I was afraid to get stopped in the middle of no where by the Rankin County Police Dept. I told the officers, I have heard the stories. The officers then ruffly handcuffed me then dragged me out to the street, thats when the police officers noticed I was bleeding real bad from my right leg. One of the officers tried to stop the bleeding by placing 2 turn kits on my leg. An ambulance finally showed up and took me to (UMC) University Medical Center in Jackson MS. for Emergency Surgery on my right leg for the major damage the K-9 dog caused during its apprehention. Officer Cody Hamilton rushed me away from the Hospital the next morning and escorted me to the Rankin County Jail, where I received very poor medical treatment from the nurses staff here. I was on Federal Probation at the time this incident occured, it violated my Federal probation, which this case was heard at my federal hearing (turn over)

by the Honorable Carlton Reeves a Federal Judge. There is an existing Transcript on this case at the Federal Court House. The end.

Respectfully Submitted
William D. Haynes
by William Darren Haynes