IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**WILLIAM DARREN HAYNES**                                                                 **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO. 3:19-CV-717-HTW-LRA**

**POLICE OFFICER CODY HAMILTON**                                           **DEFENDANT**

### ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge Linda R. Anderson [Docket no. 27], which was entered on October 1, 2020. Plaintiff did not file any objection to the Magistrate Judge's Report and Recommendation.

Plaintiff failed to respond to three show cause orders issued by the Magistrate Judge, or to appear at the omnibus hearing that was conducted on December 20, 2019, and failed to provide a correct address to the court. Two orders and the Report and Recommendation mailed to plaintiff at the address he provided were returned as undeliverable.

After examining the record evidence in this case, the Magistrate Judge recommended that this cause of action should be dismissed pursuant to Fed. R. Civ. P. 41(b).

This Court has reviewed the Report and Recommendation of the Magistrate Judge, as well as the court filings and the relevant law, and concludes that the findings in the Report and Recommendation **[doc. no. 27]** should be and are hereby **adopted** as this Court's own. Accordingly, this court dismisses this Complaint. A separate Final Judgment will issue on this date.

SO ORDERED AND ADJUDGED, this the 20th day of November, 2020.

                                                                     s/ HENRY T. WINGATE
                                                    UNITED STATES DISTRICT JUDGE